IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAMION J. GARDNER, #228800,      )
                                 )
        Plaintiff,               )
                                 )
v.                               )     CIV. ACT. NO.  2:12cv173-TMH
                                 )               (WO)
OFFICER REHOBETH HIVES,          )
                                 )
        Defendant.               )

**OPINION and ORDER**

On April 26, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 16).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Plaintiff's motion to dismiss be and is hereby GRANTED, and that this case be and is hereby DISMISSED without prejudice.

Done this 17th day of May, 2012.

_____/s/   Truman M. Hobbs_____
SENIOR UNITED STATES DISTRICT JUDGE